IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Terry M. Zernick and Joshua P. Zernick | : | Bankruptcy No. 22-70242 |
| Debtors | : | |
| | : | Chapter   13 |
| Movant | : | |
| | : | Related to Document No. |
| v. | : | |
| No Respondent | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Timothy J. Sloan, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditor's name and address was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules:

**Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054**

By: /s/ Timothy J. Sloan

Timothy J. Sloan, Esq.
171 Lovell Avenue, Suite 202
Ebensburg, PA 15931
(814) 471-6771
PA ID# 49728
sloanlawpc@gmail.com

**PAWB Local Form 30 (07/13)**