IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| TERRY M. ZERNICK and | : | CASE NO.: 22-70242-JAD |
| JOSHUA P. ZERNICK, | : | |
|    Debtor. | : | |
| | : | |
| Terry M. Zernick, | : | Chapter 13 |
| | : | |
|    Movant, | : | Related Doc No. 35 |
| | : | |
| vs. | : | |
| Skills of Central Pennsylvania | : | |
| 341 Science Park, Suite 6 | : | |
| State College, PA 16803 (Employer), | : | |
| | : | |
|    Respondent. | : | |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

    I, the undersigned certify that I am, and at all times hereinafter mentioned, was more than 18 years of age:

    That on the 13th day of September, 2022, I served a true and correct copy of the Wage Attachment Order and the Notification of Debtor's Social Security Number via first class mail to:

Andrea Hannon
Skills of Central PA
341 science Park Road, Suite 6
State College, PA 16803

Executed on: September 13, 2022

                                                               /S/ Timothy J. Sloan
                                                               Timothy J. Sloan, Esquire
                                                               171 Lovell Avenue, Suite 202
                                                               Ebensburg, PA 15931
                                                                (814) 471 6771
                                                               PA ID# 49728