IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                      *
                                                            *
Terry M. Zernick and Joshua P. Zernick       *          Bankruptcy No. 22-70242-JAD
                              Debtor               *                    Chapter 13
*********************************************************************************

CERTIFICATE OF SERVICE

I, the undersigned certify that I am, and at all times  hereinafter mentioned, was more than 18 years of age:

That on the 29th day of September, 2022, I served a true and correct copy of the **Notice of Chapter 13 Bankruptcy Case** and a true and correct copy of the **Amended Schedule F** via First Class mail upon the following added creditor:

DISCOVER FINANCIAL
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054

Executed on: September 29, 2022.

　_/S/ Timothy J. Sloan_____
Timothy J. Sloan, Esquire
171 Lovell Avenue
Suite 202
Ebensburg, PA 15931
(814) 471-6771
PA ID#49728