10/12/22, 3:51 PM  Gmail - U.S. Bankruptcy Court, Western District of Pennsylvania - Undeliverable Notice, In re: Terry M. Zernick, Case Number: 2...

Case 22-70242-JAD    Doc 57    Filed 10/12/22    Entered 10/12/22 16:03:09    Desc Main
Document      Page 1 of 1

  Gmail

Timothy Sloan <sloanlawpc@gmail.com>

## U.S. Bankruptcy Court, Western District of Pennsylvania - Undeliverable Notice, In re: Terry M. Zernick, Case Number: 22-70242, JAD, Ref: [p-184536839]

1 message

USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>    Wed, Oct 12, 2022 at 3:11 PM
To: sloanlawpc@gmail.com

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

October 13, 2022

From: United States Bankruptcy Court, Western District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Terry M. Zernick, Case Number 22-70242, JAD

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

7
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Undeliverable Address:
Syncb/walmart

Role type/cr id: 15498043
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

P.O. BOX 965064
ORLANDO, FL 32896-5064

_____                    10-12-2022
Signature of Debtor or Debtor's Attorney           Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact**