

# United States Bankruptcy Court

## Western District of Pennsylvania

In re: Terry M. Zernick and Joshua P. Zernick, Debtor                    Case No. 22-70242-JAD

Chapter 13

**Withdrawal of Claim**

Cavalry SPV I, LLC, through Cavalry Portfolio Services LLC, withdraws its Proof of Claim Number 1-1 filed on August 31, 2022, for account number 6503 and in the amount of $649.67.

Respectfully submitted,

By: /s/ Caitlin Truman
Bankruptcy Specialist
Cavalry Portfolio Services, LLC
P.O. Box 4252
Greenwich, CT 06831
800-501-0909

DATE:    09/16/2024