**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/17/2024

IN RE:

| | |
|---|---|
| TERRY M. ZERNICK<br>JOSHUA P. ZERNICK<br>503 MADERA AVENUE<br>NORTHERN CAMBRIA,  PA  15714<br>XXX-XX-7008         Debtor(s)<br><br>XXX-XX-9355 | Case No.22-70242 JAD<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/17/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

# CLAIM RECORDS

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **ORION** C/O PRA RECEIVABLES MANAGEMENT LLC PO BOX 41021 NORFOLK, VA 23541 | Trustee Claim Number: 1  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: PENELEC/PRAE | CRED DESC: NOTICE ONLY ACCOUNT NO.: |
| **LOGS LEGAL GROUP LLP** 985 OLD EAGLE SCHOOL RD STE 514 WAYNE, PA 19087 | Trustee Claim Number: 2  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NATIONSTAR MORT/PRAE | CRED DESC: NOTICE ONLY ACCOUNT NO.: |
| **KML LAW GROUP PC*** 701 MARKET ST STE 5000 PHILADELPHIA, PA 19106 | Trustee Claim Number: 3  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NATIONSTR MORT/PRAE | CRED DESC: NOTICE ONLY ACCOUNT NO.: |
| **NATIONSTAR MORTGAGE LLC(*)** PO BOX 619094 DALLAS, TX 75261-9741 | Trustee Claim Number: 4  INT %: 0.00% Court Claim Number: 29-2 | CLAIM: 0.00 COMMENT: CL29-2GOV*396.95/PL*361.01 X (60+2)=LMT*BGN 9/22*AMD | CRED DESC: MORTGAGE REGULAR PAYMEN ACCOUNT NO.: 9801 |
| **SANTANDER CONSUMER USA D/B/A CHRYSLER** PO BOX 961278 FT WORTH, TX 76161 | Trustee Claim Number: 5  INT %: 0.00% Court Claim Number: 4 | CLAIM: 0.00 COMMENT: 1000/SCH*515/PL*515.98X60+2=LMT*ARRS=$0/PL-CL | CRED DESC: VEHICLE ACCOUNT NO.: 8611 |
| **SANTANDER CONSUMER USA D/B/A CHRYSLER** PO BOX 961278 FT WORTH, TX 76161 | Trustee Claim Number: 6  INT %: 9.73% Court Claim Number: 2 | CLAIM: 29,938.66 COMMENT: CL2GOV@PIF*1000/SCH*25334@9.73%/PL | CRED DESC: VEHICLE ACCOUNT NO.: 9990 |
| **ECMC(*)** LOCKBOX #8682 PO BOX 16478 ST PAUL, MN 55116-0478 | Trustee Claim Number: 7  INT %: 0.00% Court Claim Number: 8 | CLAIM: 16,905.97 COMMENT: FR-TRUIST BANK C/O PHEAA*DOC 78 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9355 |
| **BARCLAYS BANK DELAWARE** 125 S WEST ST WILMINGTON, DE 19801 | Trustee Claim Number: 8  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4963 |
| **PNC BANK NA** PO BOX 94982 CLEVELAND, OH 44101 | Trustee Claim Number: 9  INT %: 0.00% Court Claim Number: 23 | CLAIM: 4,983.34 COMMENT: BBVA | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2692 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** PO BOX 71083 CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 10  INT %: 0.00% Court Claim Number: 14 | CLAIM: 523.38 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3418 |

| Creditor | Trustee / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT MOMA TRUST**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 1,236.98<br>COMMENT: COMENITY | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7919 |
| **CITIBANK NA**<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY 40213-3439 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 568.54<br>COMMENT: BEST BUY | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6724 |
| **CITIBANK NA**<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY 40213-3439 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 335.59<br>COMMENT: THD | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5039 |
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 2837<br>PORTLAND, OR 97208 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 36,176.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9355 |
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br>OMAHA, NE 68197-3106 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 378.78<br>COMMENT: X1347/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2478 |
| **TRIBUTE CAPITAL PARTNERS LLC**<br>PO BOX 167762<br>IRVING, TX 75016 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 5,200.00<br>COMMENT: SIGNED@SEAL 12/16/20*FR-HOLIDAY FINNCL~DOC 102 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6339 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: VERIZON WIRELESS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0003 |
| **KEYBRIDGE MEDICAL REVENUE CARE**<br>2348 BATON ROUGE<br>LIMA, OH 45805 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: IRMC/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6447 |
| **KEYBRIDGE MEDICAL REVENUE CARE**<br>2348 BATON ROUGE<br>LIMA, OH 45805 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: IRMC/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6282 |
| **KOHLS**<br>C/O PERITUS PORTFOLIO SERVICES II LLC<br>PO BOX 141509<br>IRVING, TX 75014 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CAP 1/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7399 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **QUANTUM3 GROUP LLC AGENT - MERCURY FIN**<br>PO BOX 2489<br>KIRKLAND, WA  98083 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 28<br>CLAIM: 966.30<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7835 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND MANAGEMENT INC - AGNT MIDLAI<br>PO BOX 2037<br>WARREN, MI  48090 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 1,013.13<br>COMMENT: X5437/SCH*CITIBANK*JUDGMENT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9779 |
| **PENN CREDIT CORP**<br>PO BOX 69703<br>HARRISBURG, PA  17106-9703 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CLEARFIELD HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2317 |
| **PHOENIX FINANCIAL SERVICE++**<br>PO BOX 361450<br>INDIANAPOLIS, IN  46236-1450 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AHN ER GRP OF INDIANA/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0556 |
| **PHOENIX FINANCIAL SERVICE++**<br>PO BOX 361450<br>INDIANAPOLIS, IN  46236-1450 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AHN ER GRP OF INDIANA/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4233 |
| **PHOENIX FINANCIAL SERVICE++**<br>PO BOX 361450<br>INDIANAPOLIS, IN  46236-1450 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3224 |
| **SYNCHRONY BANK BY AIS INFOSOURCE LP AS**<br>DEPT 888 PO BOX 4457<br>HOUSTON, TX  77210-4457 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 142.48<br>COMMENT: EBAYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5262 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 900.98<br>COMMENT: X3778/SCH*GOOGLE/SYNCHRONY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2276 |
| **CAPITAL ONE NA BY AMERICAN INFOSOURCE -**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 937.19<br>COMMENT: CAP/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6315 |
| **SYNCHRONY BANK BY AIS INFOSOURCE LP AS**<br>DEPT 888 PO BOX 4457<br>HOUSTON, TX  77210-4457 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 98.81<br>COMMENT: AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8499 |

| Creditor | Trustee/Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:27 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0999 | CLAIM: 682.57<br>COMMENT: SYNCHRONY BANK/PAYPAL |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:25 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6970 | CLAIM: 1,794.87<br>COMMENT: SYNCHRONY/LOWES |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:26 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6871 | CLAIM: 235.35<br>COMMENT: SYNCHRONY/SAMS |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:30 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8557 | CLAIM: 2,420.16<br>COMMENT: REF 3661163863*SYNCH/ASHLEY FRNTR*NO PAYMENT EVR |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:31 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8475 | CLAIM: 2,077.04<br>COMMENT: REF 3661153640*SYNCH/PAYPAL |
| **TARGET**<br>PO BOX 660170<br>DALLAS, TX 75266 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7468 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **TRANSWORLD SYSTEMS**<br>PO BOX 15618<br>WILMINGTON, DE 19850 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3671 | CLAIM: 0.00<br>COMMENT: NT ADR~MEDEXPRESS/SCH |
| **UPGRADE**<br>275 BATTERY ST 23RD FL<br>SAN FRANCISCO, CA 94111 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1235 | CLAIM: 0.00<br>COMMENT: |
| **PINNACLE CREDIT SERVICES LLC**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:3 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0002 | CLAIM: 0.00<br>COMMENT: NT/SCH*VERIZON* NO PMNT EVR*STALE CL@ $1480.48 W/D*DOC 105 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:18 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8631 | CLAIM: 1,652.68<br>COMMENT: /AMD F*9-7-22 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **TRUIST BANK**<br>C/O PHEAA<br>PO BOX 1375<br>BUFFALO, NY 14240 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 372.49<br>COMMENT: SCH@CID 7 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9355 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number:42  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 4,721.33<br>COMMENT: SCH@CID 7*FR-TRUIST BNK C/O PHEAA-DOC 79 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9355 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number:43  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 4,528.23<br>COMMENT: SCH@CID 7*FR- TRUIST BNK C/O PHEAA*DOC 76 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9355 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number:44  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 6,006.30<br>COMMENT: SCH@CID 7*FR-TRUIST BNK C/O PHEAA*DOC 77 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9355 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number:45  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 0.00<br>COMMENT: NT/SCH*GE MONY BNK/WALMART*STALE CL@ $649.67 W/D*DOC 106 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6503 |
| **CAVALRY SPV II LLC* - ASSIGNEE**<br>C/O CAVALRY PORTFOLIO SERVICES LLC(*)<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number:46  INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 3,887.17<br>COMMENT: 2B AVD/CONF*NT/SCH-PL*JUDGMENT*GE MONEY BANK/CARE CREDIT | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1561 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number:47  INT %: 0.00%<br>Court Claim Number:29-2<br>CLAIM: 327.52<br>COMMENT: CL29-2GOV*$0ARRS/PL*THRU 8/22*AMD | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 9801 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number:48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 9801 |