IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Terry Zernick and Joshua Zernick<br>Debtors, | :<br>: | CASE NO.: 22-70242-JAD |
| Terry Zernick and Joshua Zernick, | : | Chapter 13 |
| Movants,<br>vs. | :<br>: | Doc # ______ |
| Calvary SPV I, LLC | | |
| Respondent. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE**
**ON MOTION OF TERRY ZERNICK AND JOSHUA ZERNICK TO AVOID LIEN**

**TO THE RESPONDENT**:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **September 28, 2026** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the Judge's calendar posted on the Court's web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **October 20, 2026 at 11:00a.m**. before Judge Jeffery A. Deller in Courtroom B, First Floor Penn Traffic Building, 319 Washington Street, Johnstown Pennsylvania 15901*. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, as evidentiary hearing will be scheduled at a later date by the Court. An order granting relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of mailing or service: September 11, 2026

/s/Timothy J. Sloan
Attorney for Movant/Applicant

Sloan Law Office, P.C.
171 Lovell Avenue, Suite 202
Ebensburg, PA 15931
(814) 471-6771

- **NOTE: Video Conferencing equipment has been installed in Courtroom B in Johnstown and also in the Courtroom D in Pittsburgh, Pennsylvania. Attorneys may appear at either Courtroom B in Johnstown, or Courtroom D in Pittsburgh.**