IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | * | |
| | * | |
| TERRY ZERNICK and | * | |
| JOSHUA ZERNICK, | * | Bankruptcy No. 22-70242-JAD |
| Debtors, | * | |
| | * | Chapter 13 |
| TERRY ZERNICK and | * | |
| JOSHUA ZERNICK , | * | Document No. |
| Movants, | * | |
| | * | |
| vs. | * | |
| | * | |
| CALVARY SPV I, LLC, | * | |
| Respondent, | * | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Motion to Avoid Lien together with the Notice of Hearing with Response Deadline was served by U.S. First Class Mail upon the Respondent as follows:

Calvary SPVI, LLC
PO Box 4252
Greenwich, CT 06831-2200

Dated: September 11, 2026

/s/ Timothy J. Sloan
SLOAN LAW OFFICE, P.C.
Timothy J. Sloan, Esquire
Attorney for Debtors
PA I.D. #49728
171 Lovell Avenue, Suite 202
Ebensburg, PA 15931