IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | * | |
| | * | |
| TERRY ZERNICK and | * | |
| JOSHUA ZERNICK, | * | Bankruptcy No. 22-70242-JAD |
| Debtors, | * | |
| | * | Chapter 13 |
| TERRY ZERNICK and | * | |
| JOSHUA ZERNICK, | * | Document No. |
| Movants, | * | |
| | * | |
| vs. | * | |
| | * | |
| CALVARY SPV I, LLC, | * | |
| Respondent, | * | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION TO AVID LIEN**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtors' Motion to Avoid Lien, filed on September 10, 2026 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Avoid Lien appears thereon. Pursuant to the Notice of Hearing, objections/responses to said Motion were to be filed and served no later than September 28, 2026.

It is hereby respectfully requested that the Order attached to the Motion to Avoid Lien, be entered by the Court.

Executed on: October 2, 2026

SLOAN LAW OFFICE, P.C.

_/S/ Timothy J. Sloan___________________________
By: Timothy J. Sloan, Esquire
Counsel for the Debtor
171 Lovell Avenue, Suite 202
Ebensburg, PA 15931
(814) 471-6771
PA ID# 49728